[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 15-10368
Non-Argument Calendar
_____

D.C. Docket No. 2:13-cr-00144-SPC-CM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARLOS RODRIGO HERNANDEZ,
a.k.a. Miguel Angel Leyva-Romero,
a.k.a. Carlos Rodrigo-Hernandez,
a.k.a. Carlos Hernandez-Rodrigo,
a.k.a. Miguel Angel Leiva-Romero,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____
(September 18, 2015)

Before JORDAN, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

The Office of the Federal Defender, appointed counsel in this direct criminal appeal for Carlos Rodrigo Hernandez, has moved to withdraw from further representation of Hernandez and has filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hernandez's conviction and sentence are **AFFIRMED**.